H. B. Boyer, administrator of the estate of Toby N. Drollinger, deceased, appellee, v. Ralph H. Beekman, trading as Beekman Truck Service, and Virgil Dubois, appellants. Gen. No. 8,942.

Opinion filed January 17, 1936.

Gore & Davies, for appellants. A. J. B. Showalter and Frank B. Leonard, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Joseph Passalacqua and Vincent Passalacqua for the use of John Sansone, Phillip Passalacqua, appellant, v. Saline Branch Drainage District, appellee. Gen. No. 8,946.

Opinion filed January 17, 1936.

W. A. Doss and B. E. Morgan, for appellant. F. T. Carlson and C. E. Tate, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Mary E. Davis, appellee, v. George J. Kable and Joseph W. Everts, executors of the last will and testament of Henry C. Kable, deceased, appellants. Gen. No. 8,954.

Opinion filed January 17, 1936.

James H. Murphy, for appellants. Rinaker & Smith, for appellee.

Mr. Presiding Justice Davis delivered the opinion of the court.

Mary E. Lachenmyer, appellee, v. Walden M. Glotfelty, trading as Terminal Cab Company, appellant. Gen. No. 8,916.

Opinion filed January 17, 1936. Rehearing denied April 7, 1936.

C. H. Swick and Roy C. Freeman, for appellant. Schaefer & Dolan and Frank B. Leonard, for appellee.

Mr. Justice Allaben delivered the opinion of the court.